# United States District Court
# For The Western District of North Carolina
# Charlotte Division

FILED
CHARLOTTE, N. C.
OCT 2 5 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

Robert Everton Rushie,

    Plaintiff(s),

vs.

Huseby, Inc., et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05cv436

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/25/05 Order.

October 25, 2005

FRANK G. JOHNS, CLERK

BY: *Candace L Cochran*
Candace Cochran, Deputy Clerk